IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROTEK, INC., | No. 4:24-CV-0804 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| RIVER RUN FOODS INC., | |
| Defendant. | |

## ORDER

**FEBRUARY 4, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Aerotek, Inc.'s Motion for Default Judgment (Doc. 8) is **GRANTED** and;

2. Plaintiff Aerotek, Inc. shall submit no later than February 18, 2025 documentation calculating the pre-judgment interest to be awarded consistent with the accompanying Memorandum Opinion. Entry of Judgment will be deferred until such documentation is received.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge